AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Ikuta, Sandra S. | 2. Court or Organization<br><br>Ninth Circuit | 3. Date of Report<br><br>02/04/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

| 7. Chambers or Office Address |
|---|
| U.S. Court of Appeals - Ninth<br>125 South Grand Avenue<br>Pasadena, California 91105 |

| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1997 | O'Melveny & Myers (Defined Benefit Plan with former law firm) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 02/04/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Federalist Society | Nov. 15-16, 2018 | Washington DC | Seminar | Hotel, transportation, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | City National Bank | Mortgage on rental property, Agoura, CA | None |
| 2. | Citimortgage | Mortgage on rental property, West Los Angeles, CA | L |
| 3. | Union Bank | Mortgage on rental property, West Los Angeles, CA | L |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 02/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Series EE U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 2. City National Bank (various accounts) | A | Interest | L | T | | | | | |
| 3. Voya Flexible Premium Adjustable Universal Life Insurance | C | Interest | L | T | | | | | |
| 4. US Treasury Bills | A | Interest | N | T | Buy | 10/03/18 | N | | |
| 5. Trust #1 (H) | | | | | | | | | |
| 6. Rental property, Agoura, CA | D | Rent | | | Sold | 08/01/18 | O | G | |
| 7. 50% interest in rental property, Venice, CA | E | Rent | O | V | | | | | |
| 8. 50% interest in rental property, West Los Angeles, CA | E | Rent | O | V | | | | | |
| 9. Rental property, Los Angeles, CA | F | Rent | P1 | V | | | | | |
| 10. CNR Gov't Money Market Account (CNIXX) | A | Interest | K | T | | | | | |
| 11. CNR Fixed Income Opportunities Fd. Cl N#1236 (17800P506) | D | Dividend | L | T | Buy (add'l) | 12/24/18 | J | | |
| 12. CNR Calif Tax-Exempt Bd Fd Serv 2643 (17800P548) | C | Dividend | M | T | Sold (part) | 12/24/18 | J | | |
| 13. CNR Muni High Income Fd 2668 (17800P456) | C | Dividend | L | T | Sold (part) | 12/24/18 | J | | |
| 14. CNR Dividend & Income Fd Cl N (RIMHX) | C | Dividend | K | T | Buy (add'l) | 12/24/18 | J | | |
| 15. CNR US Core Equity Fd Ser #2665 (CNRVX) | D | Dividend | L | T | | | | | |
| 16. Fiera Capital Em Mkts (formerly CNR Emerging Markets Fund (CNRYX)) | A | Dividend | K | T | Buy (add'l) | 03/16/18 | J | | |
| 17. | | | | | Buy (add'l) | 12/24/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Ikuta, Sandra S. | 02/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. RBC Small Cap Value-I (RSVIX) | A | Dividend | J | T | Buy | 06/14/18 | J | | |
| 19. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 20. Touchstone Small Cap Core Fund Y (TSFYX) | | None | | | Sold | 06/15/18 | J | | |
| 21. SPDR S&P 500 ETF Trust (SPY) | A | Dividend | K | T | | | | | |
| 22. Vanguard FTSE Developed Markets ETF (VEA) | A | Dividend | J | T | Buy (add'l) | 12/26/18 | J | | |
| 23. Vanguard REIT ETF (VNQ) | A | Dividend | J | T | Buy (add'l) | 12/26/18 | J | | |
| 24. IRA #1 (H) | | | | | | | | | |
| 25. CNR Gov't Money Market Account (CNIXX) | B | Interest | K | T | | | | | |
| 26. CNR Corporate Bd Fd Serv Cl 2641 (17800P514) | C | Dividend | N | T | Buy (add'l) | 08/29/18 | M | | |
| 27. | | | | | Buy (add'l) | 09/26/18 | M | | |
| 28. | | | | | Sold (part) | 12/20/18 | J | | |
| 29. CNR Govt Bd Fd Serv Cl 2639 (17800P480) | A | Dividend | M | T | Buy (add'l) | 08/29/18 | K | | |
| 30. | | | | | Buy (add'l) | 09/26/18 | L | | |
| 31. | | | | | Sold (part) | 12/20/18 | J | | |
| 32. CNR High Yield Bond Fund Serv 2646 (17800P563) | C | Dividend | L | T | Buy (add'l) | 07/25/18 | L | | |
| 33. Eaton Vance Fl Rate Adv Fd Cl 1 (277923637) | C | Dividend | M | T | Buy (add'l) | 07/25/18 | L | | |
| 34. | | | | | Buy (add'l) | 09/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 02/04/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Brookfield GL Listed RE-Y (BLRYX) | A | Dividend | K | T | Buy (add'l) | 07/25/18 | K | | |
| 36. CNR US Core Equity Fd Ser #2665 (CNRVX) | D | Dividend | M | T | Buy (add'l) | 08/29/18 | L | | |
| 37. | | | | | Buy (add'l) | 09/26/18 | L | | |
| 38. | | | | | Buy (add'l) | 12/20/18 | K | | |
| 39. Fiera Capital Emerg Mkts (formerly CNR Emerging Markets (CNRYX)) | A | Dividend | K | T | Buy (add'l) | 07/25/18 | K | | |
| 40. | | | | | Buy (add'l) | 09/26/18 | J | | |
| 41. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 42. Touchstone Small Cap Core Fund Y (TSFYX) | | None | | | Sold | 06/15/18 | J | | |
| 43. SPDR S&P Dividend ETF (SDY) | B | Dividend | M | T | Buy (add'l) | 07/26/18 | L | | |
| 44. | | | | | Sold (part) | 08/30/18 | J | | |
| 45. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 46. Vaneck Vectors Emerging Markets High Yield Bond Fund ETF (HYEM) | D | Dividend | M | T | Buy (add'l) | 08/30/18 | K | | |
| 47. | | | | | Buy (add'l) | 09/27/18 | L | | |
| 48. | | | | | Sold (part) | 12/21/18 | J | | |
| 49. Vanguard FTSE Developed Markets ETF (VEA) | B | Dividend | K | T | Buy (add'l) | 07/26/18 | K | | |
| 50. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 51. Vanguard REIT ETF (VNQ) | A | Dividend | K | T | Buy (add'l) | 07/26/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 02/04/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  Vanguard Small Cap ETF (VB) | A | Dividend | J | T | Buy | 06/18/18 | J | | |
| 53. | | | | | Buy (add'l) | 07/26/18 | J | | |
| 54. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 55.  Brokerage Account #1 (H) | | | | | | | | | |
| 56.  Vanguard Small Cap Index Fund Adm (VSMAX) | A | Dividend | L | T | | | | | |
| 57.  Vanguard 500 Index Fund Adm (VFIAX) | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ikuta, Sandra S. | 02/04/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II, line 1: Terminated as of July 16, 2018.

Part VI, lines 2 and 3: The value codes represent 100% of the mortgage, but the reportable interest in the property is 50%.

Part VII, line 3: No underlying assets.

Part VII, lines 7 & 8: Income and value are included in this report at 50%, consistent with percentage of ownership of the property

Part VII, lines 7-9: Value method code V indicates a valuation derived from Realtor.com.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whethe taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sandra S. Ikuta**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544